*The Law Office of*

# Ronald I. LeVine

| | |
|---|---|
| RONALD I. LeVINE | 210 River Street, Suite 11 |
| ROBERT WACHTEL | Hackensack, New Jersey 07601 |
| EILEEN L. LINARDUCCI | Telephone (201) 489-7900 |
| | Facsimile (201) 489-1395 |
| | email: RIL210@AOL.COM |
| | elinarducci@ronlevinelaw.com |

October 19, 2017

Hon. Joseph A. Dickson, Magistrate Judge
U.S. District Court
District Court of New Jersey
50 Walnut Street
Newark, New Jersey 07101

Re:    Bogan v Arcadia Recovery Bureau, LLC
       Case No:  2:17-cv-00301-ES-JAD

Dear Judge Dickson:

     We represent the Plaintiff in the above referenced matter. The purpose of this letter is to advise you that the parties have reached a settlement.  The settlement agreement is being circulated for the parties' signature.  Defense counsel, Mitchell Williamson, and I request the matter be carried for 60 days to allow the parties time to sign the settlement agreement.  I will file a proposed order for Your Honor's consideration.

                        Sincerely,

                        */s/Eileen L. Linarducci*
                        Eileen L. Linarducci


ELL/

Cc    Mitchell Williamson, Esq. (via email)